LEWIS
BRISBOIS

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MEANS,<br><br>                   Plaintiff,<br><br>vs.<br><br>THE ARORA GROUP, INC., a corporation, and DOES 1 through 25, inclusive,<br><br>                   Defendant. | CASE NO. 3:16-cv-2755-WQH-MDD<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT TO FED. R. OF CIV. P. RULE 41(A)(1)(A)(ii)**<br><br>The Hon. William Q. Hayes<br><br>FSC Date:     None Set<br>Trial Date:    None Set |

On October 26, 2017, the parties filed a notice of settlement. (ECF No. 24). Subsequently, on October 26, 2017, the parties filed their Joint Motion to Dismiss with Prejudice Pursuant to Fed. R. of Civ. P. Rule 41(A)(1)(A)(ii). (ECF No. 25). The Court, for good cause shown, GRANTS the motion and dismisses this case with prejudice, each side to bear its own costs.

**IT IS SO ORDERED.**
Dated: November 3, 2017

_/s/ William Q. Hayes_
Hon. William Q. Hayes
United States District Court